UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ruby L. Gibbons, et al., | ) Case No. 5:04CV2018 |
| Plaintiffs, | ) Judge Christopher A. Boyko |
| v. | ) **SATISFACTION OF JUDGMENT** |
| The Bair Foundation, Inc., et al., | ) |
| Defendants. | ) |

We, the attorneys for the respective parties, do hereby stipulate that the judgment entered on February 8, 2006 in the amount of $197,310.00 -- $153,000.00 for Ruby Gibbons and $44,310.00 for Janice Thomas -- plus reasonable attorneys' fees may be marked "Satisfied and Discharged."

IT IS SO ORDERED.

_Christopher A. Boyko_
Judge Christopher A. Boyko

FILED

MAY - 1 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.